UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON THOMAS FICKENWORTH, | No. 2:23-cv-1898 WBS AC (HC) |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, | |
| Respondent. | |

Petitioner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 2, 2024, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed January 2, 2024, are adopted in full.

   2. This action is dismissed without prejudice for failure to prosecute.  <u>See</u> Local Rule 183(b).

   3. The Clerk of Court is directed to close this case.

Dated:  February 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Fick1898.802.hc

2